1  Kelly A. Evans, NV Bar No. 7691
   Paul S. Prior, NV Bar No. 9324
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV 89169
   Telephone (702) 784-5200
4  Fax (702) 784-5252

5  Attorneys for Defendant
   Olympia Land Corporation
6

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10

11 STEPHAN ISENEGGER,

12              Plaintiff,                CASE NO. _____

13 vs.                                    **NOTICE OF REMOVAL**

14 OLYMPIA LAND CORPORATION;
   DOES 1 to 20,
15
                Defendants.
16

17

18 TO:   THE HONORABLE JUDGES OF THE ABOVE-ENTITLED COURT:

19        PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant

20 Olympia Land Corporation ("Olympia"), hereby removes to this Court the state court action

21 described below:

22        1.   On or about August 19, 2008, an action was commenced in the District Court,

23 Clark County, Nevada, entitled *Stephan Isenegger v. Olympia Land Corporation*, Case Number

24 A569869. A true copy of the Complaint is attached hereto as Exhibit A.

25        2.   The first date upon which Olympia received a copy of said Complaint was

26 August 21, 2008, the date Olympia was served with a copy of the Summons and Complaint. The

27 thirty-day period for removal does not begin to run until a party has received a copy of the

28 Complaint and been properly served. *See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*,

1   526 U.S. 344, 347-48 (1999). Therefore, this Notice of Removal is timely filed under 28 U.S.C.
2   § 1446(b).

3   3.   This is a civil action of which this Court has original jurisdiction pursuant to
4   28 U.S.C. § 1331, and is one which may be removed to this Court by Olympia pursuant to the
5   provisions of 28 U.S.C. § 1441 in that it is a federal question brought under the Fair Labor
6   Standards Act, 29 U.S.C. 216.

7   4.   Olympia will also timely file a Notice of Removed Action in District Court, Clark
8   County, Nevada, a true and correct copy of which is attached as Exhibit B.

9   WHEREFORE, Olympia respectfully requests that this Court assume full jurisdiction over
10  the cause herein as provided by law, and that all further proceedings in the District Court, Clark
11  County, Nevada, be stayed.

Dated: September 17, 2008          SNELL & WILMER L.L.P.

By: _____
Kelly A. Evans, NV Bar No. 7691
Paul S. Prior, NV Bar No. 9324
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Attorneys for Defendant
Olympia Land Corporation

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing document by the method indicated:

| ✓ | by U. S. Mail |
|---|---|
| ___ | by Facsimile Transmission |
| ___ | by Overnight Mail |
| ___ | by Federal Express |
| ___ | by Hand Delivery |

and addressed to the following:

Malik W. Ahmad, Esq.
Law Office of Malik W. Ahmad
7201 West Lake Mead Blvd., Suite 108
Las Vegas, NV 89128
Phone (702) 270-9100
Fax (702) 384-5900
Attorney for Plaintiff

DATED: September 17, 2008

_Judith B. Watres_
An employee of Snell & Wilmer

9109590.1