1 Kelly A. Evans, NV Bar No. 7691
  Paul S. Prior, NV Bar No. 9324
2 SNELL & WILMER L.L.P.
  3883 Howard Hughes Parkway, Suite 1100
3 Las Vegas, NV 89169
  Telephone (702) 784-5200
4 Fax (702) 784-5252

5 Attorneys for Defendant
  Olympia Land Corporation

6

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11 STEPHAN ISENEGGER,

12              Plaintiff,                    CASE NO. 2:08-cv-01238-RLH-RJJ

13 vs.                                        **STIPULATION AND ORDER FOR
                                              DISMISSAL WITH PREJUDICE**
14 OLYMPIA LAND CORPORATION;
   DOES 1 to 20,
15
              Defendants.
16

17      **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff STEPHAN

18 ISENEGGER and Defendant OLYMPIA LAND CORPORATION ("Olympia"), by and through

19 their respective attorneys, that any and all claims of Plaintiff STEPHAN ISENEGGER against

20 Defendant Olympia are hereby dismissed with prejudice.  The parties further stipulate and agree

21 that each and every claim of Plaintiff under his Complaint against Olympia has been fully

22 resolved and that the effect of this Stipulation will be to dismiss the entire action against Olympia

23 with prejudice.

24      **IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized

25 and requested to execute and enter the Order of Dismissal and to make all such orders and

26 judgments which may be necessary and proper to dismiss the above-titled action against Olympia

27 with prejudice.

28 ///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this Stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This 15th day of July, 2009.

**LAW OFFICE OF MALIK W. AHMAD**     **SNELL & WILMER L.L.P.**


By:    /s/ Malik W. Ahmad                          By
      Malik W. Ahmad, NV Bar No. 10305           Kelly A. Evans, NV Bar No. 7691
      7201 West Lake Mead Blvd., Ste. 108          Paul S. Prior, NV Bar No. 9324
      Las Vegas, NV  89128                         3883 Howard Hughes Parkway, Ste. 1100
                                                   Las Vegas, NV  89169
      Attorney for Plaintiff

                                                   Attorneys for Defendant
                                                   Olympia Land Corporation


<u>**ORDER**</u>

IT IS SO ORDERED.

DATED:  this 16th day of July, 2009.


UNITED STATES DISTRICT JUDGE

10270825.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200